

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-12-00362-CV

**IN THE INTEREST OF T.G.R.,** a Child

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-EM5-02019
Honorable Barbara Hanson Nellermoe, Judge Presiding

PER CURIAM

Sitting:      Sandee Bryan Marion, Justice
               Phylis J. Speedlin, Justice
               Rebecca Simmons, Justice

Delivered and Filed: November 21, 2012

DISMISSED FOR WANT OF PROSECUTION

Appellant's brief was originally due on October 15, 2012. Neither the brief nor a motion for extension of time have been filed. On October 29, 2012, this court ordered appellant to show cause why this appeal should not be dismissed for want of prosecution. TEX. R. APP. P. 38.8(a). Our order cautioned appellant that no response would result in this appeal being dismissed. TEX. R. APP. P. 38.8(a). No response has been filed; therefore, this appeal is dismissed for want of prosecution.

PER CURIAM